**Jacob IKEOKWU–ONYMAECHI, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 05–75664.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 20, 2010.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Karen Alicia Davis, Richmond, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Marshall Tamor Golding, Esq. Fax, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

### MEMORANDUM **

Jacob Ikeokwu–Onymaechi, a native and citizen of Nigeria, petitions for review of the Board of Immigration Appeals' ("BIA") order sustaining the government's appeal from an immigration judge's order granting his application for deferral of removal under the Convention Against Torture. We have jurisdiction pursuant to 8 U.S.C. § 1252. *Lemus–Galvan v. Mukasey,* 518 F.3d 1081, 1084 (9th Cir.2008). Reviewing for substantial evidence the BIA's factual findings, *Silaya v. Mukasey,* 524 F.3d 1066, 1070 (9th Cir.2008), we deny the petition for review.

Substantial evidence supports the BIA's holding that Ikeokwu–Onymaechi failed to

meet his burden of showing that he more likely than not would be tortured upon removal to Nigeria. *See Arteaga v. Mukasey,* 511 F.3d 940, 948–49 (9th Cir.2007).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

